June 06, 2008

Mr. Ken Slavin
Kemp Smith, LLP
221 North Kansas, Suite 1700
El Paso, TX 79901

Honorable Don Emerson
Judge, 320th District Court
501 S. Fillmore St., Ste. 4-B
Amarillo, TX 79101-2444
Mr. Thomas C. Riney
Riney & Mayfield, LLP
600 Maxor Building
320 South Polk Street
Amarillo, TX 79101

Mr. Charles E. Moss
Mayfield Crutcher & Sharpee, LLP
320 S. Polk, Ste. 400
Amarillo, TX 79101

RE: Case Number: 05-0362
 Court of Appeals Number: 07-04-00363-CV
 Trial Court Number: 91,416-D

Style: IN RE SUSAN ROBERTS AND JOHN R. ROBERTS, JR., INDIVIDUALLY AND
 AS NEXT FRIENDS OF THEIR MINOR CHILDREN JAMIE ROBERTS, JOSHUA ROBERTS,
 AND HALEY ROBERTS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. Relators' Motion for Emergency
Relief is denied. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Peggy Culp |
| |Ms. Caroline |
| |Woodburn |